JAMES C. NIELSEN (111889)
JENNIFER S. COHN (169973)
TUNG KHUU (221381)
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Defendant,
Philadelphia Indemnity Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNIFER WITHERS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation; CPH & ASSOCIATES INC., an Illinois Corporation; CPH & ASSOCIATES, INSURANCE AGENCY, INC; CPH & ASSOCIATES, LLC; and Does 1 through 25, inclusive,<br><br>Defendants. | Case No.: CV 09-6071 CAS (PJWx)<br><br>**STIPULATION AND ]PROPOSED] ORDER OF DISMISSAL**<br><br>**Courtroom: 5 (Hon. Christina A. Snyder)** |

JAMES C. NIELSEN (111889)
JENNIFER S. COHN (169973)
TUNG KHUU (221381)
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Defendant,
Philadelphia Indemnity Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNIFER WITHERS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation; CPH & ASSOCIATES INC., an Illinois Corporation; CPH & ASSOCIATES, INSURANCE AGENCY, INC; CPH & ASSOCIATES, LLC; and Does 1 through 25, inclusive,<br><br>Defendants. | Case No.: CV 09-6071 CAS (PJWx)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties in this action through their designated counsel that, following settlement of all claims between the parties, the above-captioned action be and hereby is DISMISSED WITH PREJUDICE.

SO STIPULATED.

DATED: August /6, 2010          LAW OFFICES OF KEITH F. SIMPSON


                                By: _____
                                    Keith F. Simpson
                                Attorneys for Plaintiff, Jennifer Withers

| | | |
|---|---|---|
| 1 | DATED: August 12, 2010 | NIELSEN, HALEY & ABBOTT, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Jennifer S. Cohn<br>Attorneys for Defendant, Philadelphia<br>Indemnity Insurance Company |
| 6 | | |
| 7 | | |
| 8 | DATED: August 12, 2010 | SCHONFELD, BERTSCHE, PRECIADO & MAHADY, LLP |
| 9 | | |
| 10 | | |
| 11 | | By: _____ |
| 12 | | Susana M. Mahady<br>Attorneys for Defendant,<br>CHP & Associates Insurance Agency, Inc. |
| 13 | | |

APPROVED AND SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

*Withers v. Philadelphia Indemnity Ins. Co.*
United States District Court, Central District – Case No.: CV 09-06071 CAS (PJWx)

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104.

On the date set forth below I served the following document(s) described as:

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

[ ]   (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[XX]   **(BY ELECTRONIC SERVICE)** by submitting an electronic version of the document(s) to be served on all parties listed on the service list on file with the court as of this date.

**Attorneys for Plaintiff Jennifer Withers**
Keith F. Simpson, Esq.
**Law Offices of Keith F. Simpson, APC**
1230 Rosecrans Avenue, Suite 170
Manhattan Beach, California 90266
Tel: (310) 297-9090
Fax: (310) 297-9190

**Attorneys for Defendant CPH & Associates Ins. Agency, Inc.**
Alan H. Schonfeld, Esq.
Susana M. Mahady, Esq.
**Schonfeld, Bertsche, Preciado & Mahady, LLP**
402 West Broadway, Suite 1890
San Diego, CA 92101
Tel: (619) 544-8300

PROOF OF SERVICE

*Withers v. Philadelphia Indemnity Ins. Co.*
United States District Court, Central District – Case No.: CV 09-06071 CAS (PJWx)

1
2      I declare under penalty of perjury that the foregoing is true and correct and that this
3  declaration was executed on August 16, 2010, at San Francisco, California.
4
5                                              *Fatima Bonilla*
6                                              Fatima Bonilla
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**