JS-6

1  JAMES C. NIELSEN (111889)
   JENNIFER S. COHN (169973)
2  TUNG KHUU (221381)
   NIELSEN, HALEY & ABBOTT LLP
3  44 Montgomery Street, Suite 750
   San Francisco, California 94104
4  Telephone: (415) 693-0900
   Facsimile: (415) 693-9674
5
   Attorneys for Defendant,
6  Philadelphia Indemnity Insurance Company

7

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10

11 | JENNIFER WITHERS, an individual | Case No.: CV 09-6071 CAS (PJWx)
12 |     Plaintiff,                  |
13 | vs.                             | [PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE
14 | PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation; CPH & ASSOCIATES INC., an Illinois Corporation; CPH & ASSOCIATES, INSURANCE AGENCY, INC; CPH & ASSOCIATES, LLC; and Does 1 through 25, inclusive, | Courtroom: 5 (Hon. Christina A. Snyder)
   |     Defendants.                 |

19     Pursuant to the stipulation of the parties filed on August 16, 2010, the Court hereby
20 orders the dismissal of plaintiff Jennifer Withers' complaint with prejudice.
21
22 SO ORDERED:
23
24 DATED: August 19, 2010_____
25
26                              _____
                                UNITED STATES DISTRICT JUDGE
27
28

1 of 1
[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE
Case No. CV 09-6071 CAS (PJWx)